UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING LTD., <br><br> Plaintiff, <br> v. <br><br> IAN A. BOWLES, individually and in his official capacity as Secretary of the Massachusetts Executive Office of Energy and Environmental Affairs; PHILIP GIUDICE, individually and in his official capacity as Commissioner of the Massachusetts Department of Energy Resources; PAUL J. HIBBARD, individually and in his official capacity as Chairman of the Massachusetts Department of Public Utilities; and TIM WOOLF and JOLETTE A. WESTBROOK, individually and in their official capacities as Commissioners of the Massachusetts Department of Public Utilities, <br><br> Defendants. | Civil Action No. 4:10-cv-40070-FDS |

## NOTICE OF PARTIAL DISMISSAL OF ACTION

Plaintiff, TransCanada Power Marketing Ltd. ("TransCanada"), hereby gives notice that it is dismissing certain counts of the complaint in the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). None of the Defendants has filed an answer or motion for summary judgment.

TransCanada will dismiss the following counts of the complaint as follows:

1. TransCanada dismisses Counts III, IV, and VI of the complaint <u>without prejudice</u> as to Defendants Ian A. Bowles and Philip Guidice.

4668589v1

2. TransCanada dismisses Count V of the complaint <u>without prejudice</u> as to all Defendants.

Respectfully submitted,

TRANSCANADA POWER MARKETING LTD.,

By its attorneys,

*/s/ Robert M. Buchanan, Jr.*
Robert M. Buchanan, Jr. (BBO# 545910)
  rbuchanan@choate.com
Daniel C. Winston (BBO# 562209)
  dwinston@choate.com
Brian C. Barry (BBO# 661518)
  bbarry@choate.com
Nellie E. Staley (BBO# 676886)
  nstaley@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
617-248-5000

Dated:  June 9, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent by regular mail to individuals indicated as non-registered participants (if any) on June 9, 2010.

*/s/ Robert M. Buchanan, Jr.*
Robert M. Buchanan, Jr.
