UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANSCANADA POWER MARKETING, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD K. SULLIVAN, JR., in his official capacity as Secretary of the Massachusetts Executive Office of Energy and Environmental Affairs; MARK SYLVIA, in his official capacity as Commissioner of the Massachusetts Department of Energy Resources; ANN G. BERWICK, in her official capacity as Chair of the Massachusetts Department of Public Utilities; JOLETTE A. WESTBROOK, in her official capacity as a Commissioner of the Massachusetts Department of Public Utilities; and DAVID W. CASH, in his official capacity as Commissioner of the Massachusetts Department of Public Utilities,<br><br>Defendants.[1] | Civil Action No. 4:10-cv-40070-TSH |

**STIPULATION OF DISMISSAL**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned matter hereby stipulate to the dismissal of this action, with prejudice, without costs to any party, and with all rights of appeal waived.

[1] Richard K. Sullivan, Jr., has replaced Ian A. Bowles as Secretary of the Massachusetts Executive Office of Energy and Environmental Affairs; Mark Sylvia has replaced Philip Giudice as Commissioner of the Massachusetts Department of Energy Resources; Ann G. Berwick has replaced Paul J. Hibbard as Chair of the Department of Public Utilities; and David W. Cash has replaced Tim Woolf as a Commissioner of the Massachusetts Department of Public Utilities; the names of the new officers have been substituted in the caption of the case. Fed. R. Civ. P. 25(d).

Respectfully submitted,

TRANSCANADA POWER MARKETING LTD.,

By its attorneys,

*/s/ Robert M. Buchanan, Jr.*
Robert M. Buchanan, Jr. (BBO# 545910)
rbuchanan@choate.com
Daniel C. Winston (BBO# 562209)
dwinston@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

May 28, 2013

RICHARD K. SULLIVAN, JR., MARK SYLVIA, ANN G. BERWICK, JOLETTE A. WESTBROOK, and DAVID W. CASH,

By their attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

*/s/ Timothy J. Casey*
Timothy J. Casey (BBO# 650913)
Timothy.Casey@state.ma.us
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2043

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent by regular mail to individuals indicated as non-registered participants (if any) on May 28, 2013.

*/s/ Timothy J. Casey*
Timothy J. Casey